D. Maimon Kirschenbaum
Michael DiGiulio
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, New York 10004
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**REZART ZEQO,**

   **Plaintiff,**

  v.

**SELCO MANUFACTURING CORP., and PETERHUTCHINSON,**

   **Defendants.**
-----------------------------------------------------------x

Docket No. 1:21-cv-1211

**Notice of Voluntary Dismissal Without Prejudice Under Federal Rule of Civil Procedure 41(a)(1)(A)(i)**

**Notice of Voluntary Dismissal Without Prejudice Under Federal Rule of Civil Procedure 41(a)(1)(A)(i)**

  Plaintiff hereby provides notice to the Court that Plaintiff is voluntarily dismissing the above-entitled action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
   May 6, 2021

Respectfully submitted,
JOSEPH & KIRSCHENBAUM LLP

By: /s/Michael DiGiulio
  D. Maimon Kirschenbaum
  Michael DiGiulio
  32 Broadway, Suite 601
  New York, NY 10004
  Tel: (212) 688-5640
  Fax: (212) 688-2548